

IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED
10/05/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0267

DA 21-0267

_____

JUSTIN CHARLES HERNANDEZ,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

_____

FILED

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On July 27, 2021, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 10(2), 11(6)(b), and 12(1) and ordered Appellant to correct the brief and file it no later than 30 days from the date of the Order. Appellant did not thereafter file an opening brief and on September 2, 2021, this Court ordered that Appellant file the opening brief no later than September 21, 2021. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant Justin Charles Hernandez and to all counsel of record.

DATED this 5 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices